**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Meredith Fergus,                                   Case No. 22-cv-1130 (ECT/DTS)

     Plaintiff,

v.                                                              **ORDER**

Minnesota Office of Higher Education,

     Defendant.

---

The parties filed a stipulation (Dkt. No. 10) to give Defendant an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Complaint on or before July 19, 2022.

Dated: June 29, 2022                            s/David T. Schultz  
                                        DAVID T. SCHULTZ
                                        U.S. Magistrate Judge