UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Meredith Fergus,<br><br>    Plaintiff,<br><br>vs.<br><br>Minnesota Office of Higher Education, an agency of the State of Minnesota,<br><br>    Defendants. | Court File No. 0:22-cv-01130 (ECT/DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

The above-entitled matter came before the undersigned Judge of District Court, regarding the Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.

Based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. State Defendant's Motion to Dismiss is **GRANTED**.

2. Plaintiff's Second Amended Complaint (Doc. 7) is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: _____, 2021

                                                                                          _____
                                                                                          Judge Eric C. Tostrud
                                                                                          Judge
                                                                                          United States District Court